**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6216**

JONATHAN EUGENE BRUNSON,

        Plaintiff - Appellant,

    v.

JAMES FLOYD AMMONS, JR., Senior Resident Superior Court Judge,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:19-ct-03081-D)

Submitted:  June 16, 2020                           Decided:  June 19, 2020

Before MOTZ and KING, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jonathan Eugene Brunson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Eugene Brunson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Brunson's 42 U.S.C. § 1983 (2018) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brunson v. Ammons*, No. 5:19-ct-03081-D (E.D.N.C. Jan. 31, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*